## 13540.	LEWIS *v.* THE STATE.

"An accusation in a city court, in the absence of a clear contrary pro-
vision in the act creating the court, may lawfully be based upon an
affidavit charging the defendant with the offense of ' misdemeanor.' "
DECIDED JUNE 14, 1922.

Accusation of misdemeanor; from city court of Hinesville —
Judge W. C. Hodges. April 12, 1922.

*M. Price, J. F. Smiley,* for plaintiff in error.

*S. B. Brewton, solicitor,* contra.

BLOODWORTH, J. An accusation in the city court of Hinesville,
charging the offense of carrying concealed weapons, was demurred
to "because said accusation is not based upon an affidavit meeting
the requirements of law, in that said affidavit does not set forth
the specific charge against this defendant as required by law." The

affidavit alleged simply that the accused did " commit the offense of a misdemeanor." The demurrer was overruled, and the defendant excepted, and this presents the sole issue for determination by this court. In *Hunter* v. *State*, 4 *Ga. App.* 579 (61 S. E. 1130), this court held : " An accusation in a city court, in the absence of a clear contrary provision in the act creating the court, may lawfully be based upon an affidavit charging the defendant with the offense of 'misdemeanor;' and, notwithstanding the general language used in the affidavit, may amplify the description of the offense with all the particularity essential to good pleading." See cases cited on page 580. In the act creating the city court of Hinesville there is no " contrary provision." See Ga. L. 1916, p. 232. In *Brown* v. *State*, 109 *Ga.* 570 (34 S. E. 1031), it was said : " It seems to be the settled law of this State that an affidavit need do no more than name the offense, without describing the way in which it was committed, or its character, with any degree of particularity." In *Surrels* v. *State*, 113 *Ga.* 715 (39 S. E. 299), the affidavit, as in this case, charged the accused with a " misdemeanor " and the accusation charged him with carrying concealed weapons. In *Dickson* v. *State*, 62 *Ga.* 588, Mr. Justice Bleckley said : " To us it admits of little or no doubt that the scheme of the statute is to condense the charge in the affidavit, and expand it in the accusation. The accused is to be informed fully by the particular and specific statements in the accusation what definite criminal transaction the large and round phrascology of the affidavit intends to impute to him. It is precisely because the affidavit is allowed to be so meagre, that care is taken to have the accusation full."

Under the rulings in the foregoing cases, the court did not err in .overruling the demurrer to the accusation.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*